UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARINE EXPRESS, INC.
    Plaintiff(s)

v.                            Civ. No. 98-1665(PG)

MARITIME SHIPPING SERVICES,
INC., et al.,
    Defendant(s)

*RECEIVED & FILED 99 DEC 16 AM 10:00 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

| MOTION | ORDER |
|---|---|
| Docket #7 - Motion To Compel Discovery. | Granted. Defendants have until December 31 to submit their answers to interrogatories and produce the documents requested or sanctions will be imposed. |

Date: December __14__, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

