ENTERED ON DOCKET
6/8/00 PURSUANT
TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

MARINE EXPRESS, INC.,

    Plaintiff

v.                                                    Civ. No. 98-1665 (PG)

MARITIME SHIPPING SERVICES, INC., ET AL.,

    Defendants

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JUDGMENT

Having GRANTED Plaintiff's motion for summary judgment (Dkt. 8) and having GRANTED Plaintiff's motion for sanctions (Dkt. 10), it is hereby

**ORDERED and ADJUDGED** that judgment is entered on behalf of Plaintiff.

San Juan, Puerto Rico, June 7, 2000.

                                            /s/ Juan M. Pérez-Giménez
                                            JUAN M. PÉREZ-GIMÉNEZ
                                            U. S. District Judge

[RECEIVED & FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN PR '00 JUN -8 PM 6:04]

AO 72A
(Rev.8/82)