UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARINE EXPRESS, INC.
    Plaintiff.

v.   Civ. No. 98-1665(PG)

MARITIME SHIPPING SERVICES,
INC., ET AL.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #13 - Motion Requesting Stay Of Suit. | **GRANTED. Proceedings are stayed pending bankruptcy of defendants.** |

Date: _December 14_, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge